

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00441-CV

**JENNIFER FOWLER,**

**Appellant**

 **v.**

**NICOLAS AND MEGAN WHISENHUNT,**

**Appellees**

**From the County Court at Law**
**Coryell County, Texas**
**Trial Court No. CCL-18-48292**

## MEMORANDUM OPINION

Appellant, Jennifer Fowler, filed her pro se notice of appeal on December 6, 2019. By letter dated December 16, 2019, the Clerk of this Court notified appellant that this case is subject to dismissal because it does not appear that appellant seeks to appeal from a signed, final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The Clerk further warned that the Court would dismiss the appeal unless, within ten days from the date of the letter, appellant filed a response showing grounds for continuing the

appeal. More than ten days have passed, and appellant has not responded to our December 16, 2019 letter, showing grounds for continuing this appeal. Accordingly, we hereby dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).


JOHN E. NEILL
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Appeal dismissed
Opinion delivered and filed January 15, 2020
[CV06]

